## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 2:13-CR-174-DBH |
| | ) | CIVIL NO. 2:16-CV-331-DBH |
| MATTHIEU O'ROURKE, | ) | |
| DEFENDANT | ) | |

## ORDER ON MOTION TO WITHDRAW PETITION

The motion to withdraw the pending 28 U.S.C. § 2255 petition without prejudice is **GRANTED**. I express no view on what impact, if any, this circumstance will have on any future claim the petitioner might make but, through the government's response, the petitioner has the benefit of the latter's view on the subject.

**SO ORDERED.**

**DATED THIS 15TH DAY OF JUNE, 2017**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**